447 A.2d 663

Commonwealth v. Johnson, Appellant.

Submitted April 26, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, MONTEMURO and POPOVICH, JJ.

Order affirmed.

447 A.2d 663

Commonwealth v. McCoy, Appellant.

Argued March 22, 1982. Barry J. Peffley, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.